## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ANGELO SCOTT, : No. 4 EAL 2015
:
Petitioner :
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v. :
:
:
:
UNEMPLOYMENT COMPENSATION :
BOARD OF REVIEW, :
:
Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.